**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **SPENCER NEAL,** | ) | **CASE NO. 2:18-CV-1562** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE SARGUS** |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF SERVICE OF** |
| **JAP GURU LLC,** | ) | **PLAINTIFF'S INTERROGATORIES,** |
| | ) | **REQUESTS FOR PRODUCTION OF** |
| **Defendant.** | ) | **DOCUMENTS, AND REQUESTS FOR** |
| | ) | **ADMISSION PURPORTED TO** |
| | ) | **DEFENDANT** |

Now comes Plaintiff Spencer Neal, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 33 and 36, and gives Notice that he has served Plaintiff's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission to be answered by Defendant Jap Guru LLC, care of Attorney Brian M. Garvine, counsel for Defendant, via electronic mail at brian@garvinelaw.com, on this 23nd day of April 22, 2019.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)
Blakemore, Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Akron, OH 44319
Office: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com
Attorney for Plaintiff, Spencer Neal

1

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing has been served via electronic mail service on this 23rd day of

April, 2019 to the following:

Brian M. Garvine, Esq.
5 East Long St., Suite 1100
Columbus, OH 43215
brian@garvinelaw.com

*Counsel for Defendant*

Respectfully submitted,

*/s/ COLIN G. MEEKER*
Colin G. Meeker (#0092980)
Blakemore, Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Akron, OH 44319
Office: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

Attorney for Plaintiff, Spencer Neal

2