# IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **SPENCER NEAL** | : | |
| | : | **CASE NO. 2:18-CV-01562-EAS-KAJ** |
| **Plaintiff,** | : | |
| | : | **CHIEF JUDGE SARGUS** |
| vs. | : | |
| | : | **MAGISTRATE JUDGE JOLSON** |
| **JAP GURU LLC** | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATION OF VOLUNTARY DISMISSAL

Now come the parties, by and through counsel, and pursuant to Civil Rule 41(a)(1)(A)(ii) hereby stipulate to a dismissal, without prejudice, of Plaintiff's Complaint, filed December 4, 2018.

**APPROVED:**

| **BLAKEMORE, MEEKER & BOWLER CO., L.P.A.** | **WOLINETZ & HORVATH, LLC** |
|---|---|
| /s/ Colin G. Meeker, per e-mail authority 5/7/19 | /s/ Barry H. Wolinetz |
| Colin G. Meeker            (0092980) | Barry H. Wolinetz            (0019270) |
| Counsel for Plaintiff | Adam C. Sims                (0093474) |
| 495 Portage Lakes Drive | Counsel for Defendant |
| Akron, Ohio 44319 | 250 Civic Center Drive, Suite 220 |
| Phone: (330) 253-3337 | Columbus, Ohio  43215 |
| Facsimile: (330) 253-4131 | Telephone: (614) 341-7775 |
| E-mail: cgm@bmblaw.com | Facsimile: (614) 341-7888 |
| | E-mail: bwolinetz@wolinetzlaw.com |
| | asims@wolinetzlaw.com |